■ In the Matter of the Estate of FRANK J. HOLUB, JR., Deceased. WILLIAM HOLUB et al., as Executors of FRANK J. HOLUB, JR., Deceased, Respondents; EDWARD HOLUB, JR., Appellant.—Appeal from a decree of the Surrogate's Court of Tompkins County, entered October 29, 1975, which judicially determined the validity, construction and effect of the provisions of paragraph second of the last will and testament of decedent Frank J.

Holub, Jr. Decree affirmed, without costs, on the opinion of Johnson, S. Koreman, P. J., Greenblott, Kane, Larkin and Herlihy, JJ., concur.